UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PERCELL ANTHONY WISE,

    Petitioner,

v.                                       CASE NO. 6:06-cv-1800-Orl-35DAB

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

Petitioner filed a Notice of Appeal (Doc. No. 19) and a Motion to Extend Time to File an Application for a Certificate of Appealability (Doc. No. 20). This Court should grant an application for certificate of appealability only if the Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Petitioner's Notice of Appeal has been construed as requesting a certificate of appealability. *See Edwards v. United States*, 114 F.3d 1083, 1084 (11th Cir. 1997). This Court has considered Petitioner's claims for habeas relief and found them to be without merit. Because Petitioner has failed to make a substantial showing of the denial of a constitutional right, his request for a certificate of appealability is **DENIED**. Accordingly, Petitioner's Motion to Extend Time to File an Application for Certificate of Appealability (Doc. No. 20) is **DENIED** as moot.

**DONE AND ORDERED** at Orlando, Florida, this 6th day of April 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 4/6
Counsel of Record
Percell Anthony Wise